# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3252

_____

George J. Gleeson, D.A.V., Citizen of   *
the USA,   *
  *
       Appellant,   *
  *   Appeal from the United States
    v.   *   District Court for the
  *   District of North Dakota.
Honorable Joy McDonald; Paul Hutter,   *
Chief of Staff; James Terry; James B.   *   [UNPUBLISHED]
Peake, Secretary of Veterans Affairs;   *
George J. Opfer, Inspector General;   *
Paula Conrad, Service Center Manager;   *
Lonnie Wangen, N.D. Commissioner of   *
Veterans Affairs; George Bush, United   *
States President; Barack Obama, United   *
States President,   *
  *
       Appellees.   *

_____

Submitted: May 26, 2010
Filed: May 26, 2010

_____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

George Gleeson appeals the district court's[1] order dismissing his civil action. After careful de novo review, see Gopher Oil Co. v. Bunker, 84 F.3d 1047, 1050 (8th Cir. 1996), we agree with the district court that it lacked subject matter jurisdiction over this matter. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Ralph Erickson, Chief Judge, United States District Court for the District of North Dakota.